JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 23-1061-GW-JPR | Date | August 4, 2023 |
| Title | *Derrick Deon Horton v. Larry D. Smith Correctional Facility* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER**

     Pro per prisoner Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2023, the Clerk's Office filed a Notice re: Discrepancies in Filing of Prisoner Civil Rights Complaint indicating the appropriate filing fee of $402 was due. A Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) was also provided. *See* ECF No. 2. Plaintiff was informed that he had to submit the filing fee or request within 30 days or the action would be dismissed without prejudice. Plaintiff has not supplied the filing fee or the request within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

:

Initials of Preparer    JG